UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>Defendants. | No. 2:25-cv-00904-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 10) |

Plaintiff Eric Anthony Armstrong, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2025, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (Doc. No. 10.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 29, 2025 (Doc. No. 10) are ADOPTED IN FULL;

2. This action is dismissed, without prejudice for failure to prosecute and failure to comply with a court order; and

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **January 24, 2026**

Dena Coggins
United States District Judge

2